Joseph M. Powell, C.P.C.U. ✢
José D. Román ♦
William R. Kugelman
Robert G. Androsiglio ✱
Aisha Farraj ✢

*Of Counsel*
Yeugenia Samardin ✢
Joanna L. Crosby+

✢ Admitted in New Jersey & New York
✱ Admitted in New York only
♦ Admitted in New Jersey, New York & Washington, D.C.

# POWELL & ROMÁN, LLC

ATTORNEYS AT LAW

www.lawppl.com

131 White Oak Lane
Old Bridge, New Jersey 08857
Tel: 732-679-3777 ♦ Fax: 732-679-6433

**PLEASE RESPOND TO OLD BRIDGE**

Email: jroman@lawppl.com

**Jersey Shore**
2911 Route 88, Suite 7
Point Pleasant, NJ 08742

**Long Island**
445 Broad Hollow Road
Melville, NY 11747

**New York City**
30 Wall Street – 8th Floor
New York, New York 10005
Tel: 212-742-0001
Fax: 212-742-0005

January 23, 2018

<u>**Via CM/ECF**</u>
The Honorable Brian R. Martinotti
United States District Court of NJ
Clarkson S. Fischer Building and US Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

   RE: Curto v A Country Place Condo Association, Inc.
      Case No.: 3:16-CV-5928
      <u>**Motions for Summary Judgment, Returnable June 5, 2017**</u>

Dear Judge Martinotti:

I represent Plaintiffs in the above captioned matter. In sum, the matter involves Fair Housing Act claims that arise out of discriminatory practices at an outdoor community pool. The matter was initially brought via Order to Show Cause in New Jersey Superior Court. After the matter was transferred to federal court, Plaintiffs agreed to engage in some threshold liability discovery as the pool season had concluded by that time. The parties then conducted discovery, and Motions for Summary Judgment, returnable June 5, 2017, were filed on the threshold issue of liability.

The subject pool is in an active adult community. My clients are in their 60s and 70s, and one of my clients, Ms. Lusardi, is in poor health due to several strokes.

I am writing at the specific request of my clients who wish for me to convey the fact that the pool season will begin in just four months. I can attest that the facts giving rise to the lawsuit, which have been presented to Your Honor in great detail, continue to cause my clients a great deal of anxiety and stress. All concerned parties are eagerly awaiting Your Honor's decision.

Thank you for your consideration.

            Respectfully submitted,

            Jose D. Roman

cc: Angela Maione Costigan (via email)