## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | : | |
| MARIE CURTO, et al., | : | |
| | : | Civ. Action No.: 16-5928-BRM-LHG |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | **ORDER** |
| A COUNTRY PLACE CONDOMINIUM | : | |
| ASSOCIATION, INC., et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**THIS MATTER** is opened to the Court by Plaintiffs Marie Curto, Diana Lusardi, and Steve Lusardi's (collectively, "Plaintiffs") Motion for Partial Summary Judgment (ECF No. 27) and Defendant A Country Place Condominium Association, Inc.'s ("CPCA") Motion for Summary Judgment (ECF No. 28). The Court having reviewed the parties' submissions pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion, and for good cause shown,

**IT IS** on this 31st day of January 2018,

**ORDERED** that Plaintiffs' Motion for Partial Summary Judgment (ECF No. 27) is **DENIED**, and it is further

**ORDERED** that CPCA's Motion for Summary Judgment (ECF No. 28) is **GRANTED IN PART** and **DENIED IN PART AS MOOT**, and it is further

**ORDERED** that the Court remands the matter to the Superior Court of New Jersey, Ocean County; and it is finally

**ORDERED** that the Clerk is directed to **CLOSE** this case.


/s/     *Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**