**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Clerk's Office – Trenton, NJ**

MARIE CURTO, et al.

                                      Plaintiff,

v.                                        Case No.:
                                          3:16−cv−05928−BRM−LHG

                                          Judge

A COUNTRY PLACE CONDOMINIUM
ASSOCIATION, INC., et al.

                                      Defendant.

Clerk, Superior Court of New Jersey
Ocean County Courthouse
118 Washington Street
Toms River, NJ 08754

State No: OCN−L2319−16

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                            Very truly yours,

                                                             William T. Walsh, Clerk
                                                             By Deputy Clerk, mps

encl.
cc: All Counsel