UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIE CURTO, DIANA LUSARDI AND STEVE LUSARDI,<br><br>v.<br><br>A COUNTRY PLACE CONDOMINIUM ASSOCIATION, INC. | CIVIL ACTION<br><br>Docket No.: 3:16-CV-5928<br><br>**Judge: Hon. Brian R. Martinotti**<br><br>**Notice of Appeal to the U.S. Court of Appeals for the Third Circuit** |

    Notice is hereby given that Plaintiffs Marie Curto, Diana Lusardi and Steve Lusardi appeal to the United States Court of Appeals for the Third Circuit the Order Denying Plaintiff's Motion for Partial Summary Judgment and Granting in Part Defendant's Motion for Summary Judgment (ECF No. 34) of the United States District Court, District of New Jersey, entered in this action on January 31, 2018.

Dated: January 31, 2018

                                        **POWELL & ROMAN, LLC**
                                        131 White Oak Lane
                                        Old Bridge, New Jersey 08857
                                        Tel: (732) 679-3777
                                        Attorneys for Plaintiffs

                                        s/ Jose D. Roman

By:                 _____
                                        Jose D. Roman, Esq.
                                        jroman@lawppl.com