# POWELL & ROMÁN, LLC
## ATTORNEYS AT LAW
www.lawppl.com

131 White Oak Lane
Old Bridge, New Jersey 08857
Tel: 732-679-3777 ♦ Fax: 732-679-6433

**PLEASE RESPOND TO OLD BRIDGE**

Email: jroman@lawppl.com

Joseph M. Powell, C.P.C.U. ✚
José D. Román ♦
William R. Kugelman
Aisha Farraj ✚

*Of Counsel*
Joanna L. Crosby ✚

✚ Admitted in New Jersey & New York
♦ Admitted in New Jersey, New York & Washington, D.C.

**Jersey Shore**
2911 Route 88, Suite 7
Point Pleasant, NJ 08742

**New York City**
30 Wall Street – 8th Floor
New York, New York 10005
Tel: 212-709-8007
Fax: 212-943-2300

June 3, 2019

**Via CM/ECF**
The Honorable Brian R. Martinotti
United States District Court of NJ
Clarkson S. Fischer Building and US Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

      RE:    Curto v A Country Place Condo Association, Inc.
              Case No.: 3:16-CV-5928
              **Proposed Order in Accordance with L. Cv. R. 79.4**

Dear Judge Martinotti:

I represent Plaintiffs in the above captioned matter. This matter has been remanded to the District Court from the Third Circuit. In accordance with L. Cv. R. 79.4, enclosed please find a proposed Order implementing the judgment and mandate of the appellate court.

Thank you for your consideration.

                                                Respectfully submitted,

                                                Jose D. Roman

cc: Angela Maione Costigan (via email)