

# COSTIGAN & COSTIGAN, LLC
117 Bellevue Ave.
Hammonton, NJ 08037
(609) 567-4500
www.costiganllc.com

Angela Maione Costigan, Esquire

E-Mail-amcostigan@costiganllc.com

June 9, 2020

United States District Court of NJ
Clarkson S. Fischer Building and US Courthouse
402 East State Street
Room 2020
Trenton, NJ 08608

**RE: Curto v A Country Place Condo Association, Inc.**
　　Case No.: 3:16-CV-5928

Dear Sir/Madam:

　　　　Please be advised that the above matter has been settled.

　　　　We will be filing Stipulations shortly.

　　　　Thank you for your kind attention.

　　　　　　　　　　Very truly yours,

　　　　　　　　　　ANGELA MAIONE COSTIGAN

AMC/jv

cc: Jose Roman, Esquire-Via E-Mail
　　Jeanne LoCicero, Esquire-Via E-Mail