UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIE CURTO, DIANA LUSARDI and STEVE LUSARDI,<br><br>Plaintiffs,<br><br>v.<br><br>A COUNTRY PLACE CONDOMINIUM ASSOCIATION, INC., and ABC CORP. 1 TO 10, and JOHN DOE 1 to 10.<br><br>Defendants. | HON. BRIAN R. MARTINOTTI<br><br>Civil no. 3:16-cv-5928<br><br>**STIPULATION OF DISMISSAL [FRCP 41(a)]AND ORDER OF DISMISSAL** |

Plaintiffs, Marie Curto, Diana Lusardi, and Steve Lusardi, and Defendant, A Country Place Condominium, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's remaining attorney's fees and costs other than the amounts already paid pursuant to settlement agreements.

José D. Roman, Esq.
Co-counsel for Plaintiffs Marie Curto, Diana Lusardi, and Steve Lusardi
POWELL & ROMAN, LLC
131 White Oak Lane
Old Bridge, New Jersey 08857
(732) 679-3777
jroman@lawppl.com

                                                 *s/Jeanne LoCicero*
                                                 Jeanne LoCicero, Esq.
                                                 Co-counsel for Plaintiffs Marie Curto, Diana Lusardi, and Steve Lusardi
                                                 AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION
                                                 PO Box 32159
                                                 570 Broad Street, 11th Floor
                                                 Newark, New Jersey 07102
                                                 (973) 854-1715
                                                 jlocicero@aclu-nj.org

                                                 Angela M. Costigan, Esq.
                                                 Attorneys for Defendant A Country Place Condominium Association, Inc.
                                                 COSTIGAN & COSTIGAN, LLC
                                                 117 Bellevue Avenue
                                                 Hammonton, NJ 08037
                                                 (609) 567-4500
                                                 amcostigan@costiganllc.com

DATED: May 27, 2020

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJDUCE as to all claims, causes of action, and parties, with each party bearing that party's remaining attorney's fees and costs other than the amounts already paid pursuant to settlement agreements. The Clerk is directed to close the file.

Dated:

                                        HON. BRIAN R. MARTINOTTI
                                        UNITED STATES DISTRICT JUDGE